FILED: April 8, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-2187 (L)
(EPA-HQ-OW-2009-0819; EPA-85FR64650)

_____

APPALACHIAN VOICES; GOOD STEWARDS OF ROCKINGHAM; STOKES COUNTY BRANCH OF THE NAACP; WINYAH RIVERS ALLIANCE

       Petitioners

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, in his official capacity as Administrator of the United States Environmental Protection Agency

       Respondents

UTILITY WATER ACT GROUP; ELECTRIC ENERGY, INC.; COLETO CREEK POWER, LLC; DYNEGY MIAMI FORT, LLC; DYNEGY MIDWEST GENERATION, LLC; DYNEGY ZIMMER, LLC; ILLINOIS POWER GENERATING COMPANY; ILLINOIS POWER RESOURCES GENERATING, LLC; KINCAID GENERATION, L.L.C.

       Intervenors

_____

O R D E R

_____

Upon consideration of submissions relative to respondents' motion to hold

case in abeyance, the court grants the motion and places this case in abeyance pending the completion of the U.S. Environmental Protection Agency's (EPA) notice-and-comment rulemaking process to consider revisions to the Steam Electric Reconsideration Rule.

The respondents are directed to file a status report on May 9, 2022, and every thirty days thereafter and shall immediately notify this court upon completion of the EPA's rulemaking process.

                                For the Court

                                /s/ Patricia S. Connor, Clerk